172 F.3d 40
 Morley M.Azorsky, Paul Danko, Jr., John N. Mariscotti,
Donald E. Miller, Raymond Robinson
v.
R.J. Reynolds Tobacco, Co., American Tobacco Co., Brown and
Williamson Tobacco Company, Individually, as Successor by
Merger to American Tobacco Company, Pall Mall Cigarette
Company, U.S. Armed Forces, Reserve and National Guard,
Department of Defense, U.S., Phillip Morris, Inc., Liggett
Group Inc., Lorillard Tobacco Company
 NO. 98-3319
 United States Court of Appeals,
Third Circuit.
 November 09, 1998
 
 1
 Appeal From: W.D.Pa.
 
 
 2
 Affirmed.